

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00457-CV

**EX PARTE C.D.R.,**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33751
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The reporter's record was due on July 29, 2019, but has not been filed. On September 13, 2019, the court reporter filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellant failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has requested a reporter's record and that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, this court will set a thirty-day deadline for appellant to file his brief, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court